**FILED**
JAN 0 3 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                              DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Criminal Case No. 08CR037-L |
|---|---|
| Plaintiff, | ) **I N F O R M A T I O N** |
| v. | ) Title 21, U.S.C., Secs. 952 and 960 - Importation of marijuana (Felony) |
| ISMAEL ORTEGA, | ) |
| Defendant. | ) |

The United States Attorney charges:

On or about December 10, 2007, within the Southern District of California, defendant ISMAEL ORTEGA, did knowingly and intentionally import approximately 48.90 kilograms (107.58 pounds) of marijuana, a Schedule I Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

DATED: January 3, 2008 .

KAREN P. HEWITT
United States Attorney

CAROLINE P. HAN
Assistant U.S. Attorney

CPH:rp:Imperial
1/2/08