PS 8
(8/88)

# United States District Court
### for
## SOUTHERN DISTRICT OF CALIFORNIA

U. S. A. vs. ORTEGA ,ISMAEL

**FILED**

JAN 0 8 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

Docket No. 08CR0037L-001 DEPUTY

### Petition for Action on Conditions of Pretrial Release

Comes now Arturo Montano Pretrial Services Officer presenting an official report upon the conduct of defendant Ismael Ortega who was placed under pretrial release supervision by the Honorable Peter C. Lewis sitting in the court at El Centro, on the 11th day of December, 2007, under the following conditions:

**General Conditions:** Not commit a federal, state, or local crime during the period of release and make all court appearances.

**Special Conditions:** Restrict travel to Southern and Central Districts of California; do not enter Mexico; report for supervision to the Pretrial Services Agency (PSA) as directed by the assigned Pretrial Services Officer and pay for the reasonable costs of supervision in an amount determined by PSA and approved by the Court; not possess or use any narcotic drug or other controlled substance as defined in 21 U.S.C.§ 802, without a lawful medical prescription; not possess any firearm or other dangerous weapon or explosive device; submit to treatment, and/or testing, as specified by the Pretrial Services Officer for drug or alcohol abuse; and actively seek and maintain full-time employment, schooling, or combination both.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:

**Condition Violated:** Not possess or use any narcotic drug or controlled substance without a lawful medical prescription.

1.    The urinalysis sample provided by the defendant on January 3, 2008, tested positive for opiates and cannabinoids.

**Grounds For Violation:** I received and reviewed written laboratory notification from the U.S. Pretrial Services laboratory which confirms the urine sample provided by the defendant at U.S. Pretrial Services on January 3, 2008, tested positive for opiates and cannabinoids. The defendant further admitted using heroin on January 1, 2008.

PRAYING THAT THE COURT WILL CITE THE DEFENDANT FOR AN ORDER TO SHOW CAUSE HEARING ON JANUARY 14, 2008, AT 1:30 P.M. TO ALLOW THE DEFENDANT TO SHOW CAUSE WHY HIS BOND SHOULD NOT BE REVOKED.

ORDER OF COURT

Considered and ordered this ___8th___ day of January, 2008 and ordered filed and made a part of the records in the above case.

_____
Peter C. Lewis, U.S. Magistrate Judge

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: __January 8, 2008__

Respectfully, _____

_____
Arturo Montano, U.S. Pretrial Services Officer

Place    __El Centro, California__

Date    __January 8, 2008__