**FILED**
JUL 18 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

FILED
2008 JUL 16 PM 2:55
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
_____ DEPUTY

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

ISMAEL ORTEGA (1),

    Defendant.

CASE NO. 08CR0037-L

**JUDGMENT OF DISMISSAL**

    IT APPEARING that the defendant is now entitled to be discharged for the reason that:

__XX__ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

____ the Court has dismissed the case for unnecessary delay; or

____ the Court has granted the motion of the Government for dismissal; or

____ the Court has granted the motion of the defendant for a judgment of acquittal; or.

____ a jury has been waived, and the Court has found the defendant not guilty; or

____ the jury has returned its verdict, finding the defendant not guilty;

____ of the offense(s) of:

    IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: JULY 14, 2008

_/s/ M. James Lorenz_
M. JAMES LORENZ
UNITED STATES DISTRICT JUDGE

I have executed within Judgment of dismissal ~~Judgement and Commitment~~ on 7/17/08
United States Marshal
By: _____
USMS Criminal Section

ENTERED ON _____